**No. 55100.**—Barotz Import Co., Inc., et al. *v.* United States, protests 35458–K, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 55101.**—Boyce Lazarus Co. et al. *v.* United States, protests 519886–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 55102.**—B. Altman & Co., Ltd., et al. *v.* United States, protests 590250–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 11, 1951

**No. 55103.**—Louis Ruhe, Inc. *v.* United States, protest 163075–K (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 55104.**—Central Vermont Railway, Inc. *v.* United States, protest 148811–K (St. Albans).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55105.**—Joseph Poli Company *v.* United States, protests 152999–K and 153000–K (Pittsburgh).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55106.**—Cargill, Incorporated *v.* United States, protest 154852–K (Duluth).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.